**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SPECIAL OLYMPICS OHIO, INC.,**

      **Plaintiff,**

    **v.**

**OHIO MILLS CORP.,**

      **Defendant.**

        **Case No. 2:25-cv-453**
        **JUDGE EDMUND A. SARGUS, JR.**
        **Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on Plaintiff Special Olympics Ohio, Inc.'s Motion for Default Judgment. (ECF No. 36.) On April 6, 2026, the Court issued an Order directing Special Olympics to file an application for entry of default within 10 days of the order and a motion for default judgment within 30 days from the date of the Order. (ECF No. 34.) Plaintiff filed a motion titled Motion for Default Judgment that seeks, among other relief, an entry of default and default judgment. (ECF No. 36.)

Federal Rule of Civil Procedure 55 provides a two-step procedure to obtain a default judgment. A plaintiff must first apply for and receive an entry of default from the Clerk of Court by showing, by "affidavit or otherwise," that the defendant has "failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). After the Clerk of Court enters a party's default, then a plaintiff may apply for a default judgment. Fed. R. Civ. P. 55(b). *See also Rozzi Co., Inc. v. Fireworks By Grucci, Inc.*, No. 1:24-cv-599, 2025 WL 1836269, at *1 (S.D. Ohio Feb. 10, 2025) (Hopkins, J.); *Columbus Life Ins. Co., v. Sai Yu Su*, No. 1:25-cv-91, 2026 WL 982726, at *2 (S.D. Ohio Apr. 13, 2026) (Cole, J.); *Weston v. Sears Inc.*, No. 2:22-cv-01650, 2026 WL 657054, at *1 (S.D. Ohio Mar. 9, 2026) (Marbley, J.); *White v. ODRC Dir.*, No. 1:24-cv-270, 2025 WL 3682073, at

*1 (S.D. Ohio Dec. 18, 2025) (Silvain, M.J.), *report and recommendation adopted*, No. 1:24-cv-270, 2026 WL 77681 (S.D. Ohio Jan. 9, 2026) (McFarland, J.).

Plaintiff has filed a Motion for Default Judgment (ECF No. 36) before seeking an entry of default, which is a prerequisite for obtaining default judgment. Accordingly, (ECF No. 36) Plaintiff Special Olympics Ohio, Inc.'s Motion for Default Judgment is premature and **DENIED WITHOUT PREJUDICE**. Plaintiff may refile its Motion for Default Judgment after it has acquired an entry of default from the Clerk of the Court.

Plaintiff is **DIRECTED** to file an application for entry of default within 7 days from the date of this Order and a motion for default judgment within 14 days from the date of this Order.

This case remains open.

**IT IS SO ORDERED.**

**4/23/2026**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                         **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**

2